UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hans Tiefenthaler
     Plaintiff

          v.                          Civil Action No. 21-cv-10315-NMG
Auto Consumer Solutions LLC
     Defendant

SETTLEMENT ORDER OF DISMISSAL

Gorton, D.J.

     The Court having been advised by counsel that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within Twenty One (21) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Leonardo T. Vieira

_____

3/30/2021
Date

Leonardo T. Vieira
Docket Clerk